AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 11m-5164-JGD |
| DANIEL A. SPOONER | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 2011 through the present in the county of Bristol in the _____ District of Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951 | Hobbs Act extortion |

This criminal complaint is based on these facts:
Please see attached Affidavit of FBI Special Agent Jeffrey A. Cady

✓ Continued on the attached sheet.

_____
*Complainant's signature*

FBI Special Agent Jeffrey A. Cady
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/4/11

_____
*Judge's signature*

Judith Gail Dein

City and state: Boston, MA

Judith Gail Dein, US Magistrate Judge
*Printed name and title*