UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
) Crim. No. 11-cr-10281
v. )
) Violations:
DANIEL A. SPOONER, ) 18 USC 1951
)
Defendant. )

## INDICTMENT

THE GRAND JURY charges that:

### COUNT ONE
(Attempted Extortion)

From in or about and between July 2011 and August 5, 2011, both dates being approximate and inclusive, within the District of Massachusetts, the defendant

**DANIEL A. SPOONER**

attempted to unlawfully obstruct and affect interstate commerce and the movement of any article and commodity in interstate commerce by extortion, that is, to obtain property, to wit, $10,000, from a particular individual, with that individual's consent, which consent was to be induced by the wrongful use of actual and threatened force, violence, and fear.

In violation of Title 18, United States Code, Section 1951.

## COUNT TWO
(Extortion)

THE GRAND JURY further charges that:

On or about August 1, 2011, said date being approximate, within the District of Massachusetts, the defendant

## DANIEL A. SPOONER

did unlawfully obstruct and affect interstate commerce and the movement of any article and commodity in interstate commerce by extortion, that is, he obtained property, to wit, $1,000, from a particular individual, with that individual's consent, which consent was induced by the wrongful use of actual and threatened force, violence, and fear.

In violation of Title 18, United States Code, Section 1951.

A TRUE BILL

_____
Foreperson of the Grand Jury


_____
Michael L. Tabak
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS:	August 9, 2011


Returned into the District Court by the Grand Jurors and filed.

_____ 2:20pm
Deputy Clerk