UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 11-cr-10281-PBS |
| | ) | |
| DANIEL A. SPOONER, | ) | |
| | ) | |
| Defendant. | ) | |

AFFIRMATION OF JEFFREY A. CADY

I, Jeffrey A. Cady, under penalty of perjury, say:

1. I am a Special Agent of the Federal Bureau of Investigation ("FBI"), assigned to the Organized Crime Squad in Providence, Rhode Island. I have been working on the prosecution of Daniel A. Spooner in the above-captioned case.

2. On August 11, 2011, I submitted an Affirmation in support of the government's motion for pretrial detention of defendant Spooner. In that Affirmation, I informed the Court that Spooner had been arrested on Saturday, July 23, 2011 by the Mattapoisett (Massachusetts) Police Department and charged with assault and battery with a dangerous weapon (shoe), disorderly conduct, and disturbing the peace. I noted that Spooner had been held in custody that weekend and had been released on bail on Monday, July 25, 2011 by the Wareham District Court, and that those charges against Spooner are still pending.

3. I have learned that following Spooner's indictment in the federal case that is currently before this Court, the Wareham District Court issued a Default Warrant for Spooner, stating that Spooner should be held for bail revocation by the Wareham District Court. A copy of that Default Warrant is being submitted as an exhibit hereto.

4.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 23, 2011

_____
JEFFREY A. CADY
Special Agent, Federal Bureau of Investigation